| | |
|---|---|
| 1 | **RIMAC & MARTIN, P.C.** |
| 2 | JOSEPH M. RIMAC - State Bar No. 72381 |
|   | ANNA M. MARTIN - State Bar No. 154279 |
| 3 | amartin@rimacmartin.com |
|   | JOSHUA G. HEAVISIDE - State Bar No. 225715 |
| 4 | 1051 Divisadero Street |
|   | San Francisco, California 94115 |
| 5 | Telephone (415) 561-8440 |
|   | Facsimile (415) 561-8430 |

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**McGUINN, HILLSMAN & PALEFSKY**
WILLIAM J. CLOUGH - State Bar No. 151597
535 Pacific Avenue
San Francisco, CA 94133
Telephone (415) 421-9292
Facsimile (415) 403-0202

Attorneys for Plaintiff
R. STEVEN BULL, D.D.S.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-FILED

| | |
|---|---|
| R. STEVEN BULL, D.D.S., a individual, | ) |
|  | ) CASE NO. C-05-1474 JSW |
| Plaintiff, | ) |
|  | ) |
| vs. | ) JOINT STIPULATION TO |
|  | ) CONTINUE THE JULY 15, 2005 CASE |
| UNUM LIFE INSURANCE COMPANY OF | ) MANAGEMENT CONFERENCE TO A |
| AMERICA, a corporation, | ) DATE ON OR AFTER OCTOBER 13, |
|  | ) 2005 AND [~~PROPOSED~~] ORDER |
| Defendant. | ) |
|  | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for July 15, 2005 at 1:30 p.m., before the Honorable Jeffrey S. White, be continued for ninety (90) days, until after October 13, 2005.

///

-1-

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE         CASE NO. C-05-1474 JSW

1     Good cause exists for this continuance as the parties have agreed to a private mediation of
2 this matter, thereby conserving judicial resources. This extension will provide counsel sufficient
3 time to schedule and complete such private mediation.
4     Pursuant to local rules, this document is being electronically filed through the Court's
5 ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
6 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
7 signed this document; and (3) the signed document is available for inspection upon request.
8     **SO STIPULATED.**

                                        McGUINN, HILLSMAN & PALEFSKY

DATED: June 27, 2005     By:   /s/
                                              WILLIAM J. CLOUGH
                                              Attorneys for Plaintiff
                                              R. STEVEN BULL, D.D.S.

                                        RIMAC & MARTIN, P.C.

DATED: June 27, 2005     By:   */s/ Anna M. Martin*
                                                ANNA M. MARTIN
                                              Attorneys for Defendant
                                              UNUM LIFE INSURANCE COMPANY OF
                                              AMERICA

## ORDER

**IT IS HEREBY ORDERED** that the Case Management Conference be continued from July 15, 2005 to October 14, 2005. The parties shall file a Joint Case Management Statement seven (7) days prior to the Conference.

**SO ORDERED.**

DATED: July 1, 2005       /s/ Jeffrey S. White
                                  JUDGE OF THE UNITED STATES DISTRICT COURT

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                 CASE NO. C-05-1474 JSW