**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
JOSHUA G. HEAVISIDE - State Bar No. 225715
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**McGUINN, HILLSMAN & PALEFSKY**
WILLIAM J. CLOUGH - State Bar No. 151597
535 Pacific Avenue
San Francisco, CA 94133
Telephone (415) 421-9292
Facsimile (415) 403-0202

Attorneys for Plaintiff
R. STEVEN BULL, D.D.S.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| R. STEVEN BULL, D.D.S., a individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a corporation,<br><br>Defendant. | **E-FILED**<br><br>**CASE NO. C-05-1474 JSW**<br><br>**JOINT STIPULATION TO CONTINUE THE OCTOBER 14, 2005 CASE MANAGEMENT CONFERENCE TO A DATE ON OR AFTER FEBRUARY 14, 2006 AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for October 14, 2005 at 1:30 p.m., before the Honorable Jeffrey S. White, be continued for one hundred twenty (120) days, until after February 14, 2006.

///

-1-

**STIPULATION AND ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE**                                         **CASE NO. C-05-1474 JSW**

1  Good cause exists for this continuance as the parties have agreed to a private mediation of
2  this matter, thereby conserving judicial resources.  This extension will provide counsel sufficient
3  time to schedule and complete such private mediation.  The parties had scheduled mediation
4  before Ralph Williams on October 7, 2005.  Plaintiff, however, provided additional medical
5  records to UNUM last week.  At this time, UNUM is analyzing its position with respect to the
6  records provided.  As a result of these additional medical records the parties have continued the
7  mediation scheduled for October 7, 2005.  The parties request an additional 120 day extension of
8  the CMC to allow UNUM to analyze its position with respect to the medical records provided by
9  plaintiff and to complete mediation.

10  Pursuant to local rules, this document is being electronically filed through the Court's
11  ECF System.  In this regard, counsel for defendant hereby attests that the content of this
12  document is acceptable to all persons required to sign the document.

13  **SO STIPULATED.**

14  Respectfully submitted,

15  McGUINN, HILLSMAN & PALEFSKY

18  DATED:  October 11, 2005     By:     /s/  **WILLIAM J. CLOUGH**
         WILLIAM J. CLOUGH
         Attorneys for Plaintiff
19       R. STEVEN BULL, D.D.S.

20  RIMAC & MARTIN, P.C.

23  DATED:  October 11, 2005     By:     /s/  **ANNA M. MARTIN**
         ANNA M. MARTIN
         Attorneys for Defendant
24       UNUM LIFE INSURANCE COMPANY OF
         AMERICA

---

-2-

**STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**     **CASE NO.  C-05-1474 JSW**

**ORDER**

 **IT IS HEREBY ORDERED** that the Case Management Conference be continued from October 14, 2005 to February 17, 2006 at 1:30 p.m. . The parties shall file a Joint Case Management Statement seven (7) days prior to the Conference.

 **SO ORDERED.**

DATED: October 12, 2005

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

-3-
STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE                          CASE NO.  C-05-1474 JSW