**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
JOSHUA G. HEAVISIDE - State Bar No. 225715
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**McGUINN, HILLSMAN & PALEFSKY**
WILLIAM J. CLOUGH - State Bar No. 151597
535 Pacific Avenue
San Francisco, CA 94133
Telephone (415) 421-9292
Facsimile (415) 403-0202

Attorneys for Plaintiff
R. STEVEN BULL, D.D.S.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| R. STEVEN BULL, D.D.S., a individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a corporation,<br><br>Defendant. | CASE NO. C-05-1474 JSW<br><br>**JOINT STIPULATION TO CONTINUE THE FEBRUARY 17, 2006 CASE MANAGEMENT CONFERENCE TO A DATE ON OR AFTER MARCH 31, 2006 AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for February 17, 2006, before the Honorable Jeffrey S. White, be continued to March 31, 2006, or a date thereafter that is convenient for this Court.

Good cause exists for this continuance as the parties have agreed to a private mediation of this matter and have scheduled the mediation to take place on March 23, 2006. This brief

---

-1-

**STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**          **CASE NO. C-05-1474 JSW**

extension will enable counsel to complete the private mediation and, should the matter not settle at mediation, to prepare for the Case Management Conference.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

McGUINN, HILLSMAN & PALEFSKY

DATED: February 1, 2006     By:    /s/ WILLIAM J. CLOUGH
                                    WILLIAM J. CLOUGH
                                    Attorneys for Plaintiff
                                    R. STEVEN BULL, D.D.S.

RIMAC & MARTIN, P.C.

DATED: February 1, 2006     By:    /s/ ANNA M. MARTIN
                                    ANNA M. MARTIN
                                    Attorneys for Defendant
                                    UNUM LIFE INSURANCE COMPANY OF
                                    AMERICA

**ORDER**

**IT IS HEREBY ORDERED** that the Case Management Conference be continued from February 17, 2006 to __March 31, 2006 at 1:30 p.m.__. The parties shall file a Joint Case Management Statement seven (7) days prior to the Conference.

**SO ORDERED.**

DATED: _February 1, 2006_     _____/s/ Jeffrey S. White_____
                              JUDGE OF THE UNITED STATES DISTRICT COURT

-2-

**STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**                           CASE NO. C-05-1474 JSW