**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
JOSHUA G. HEAVISIDE - State Bar No. 225715
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**McGUINN, HILLSMAN & PALEFSKY**
WILLIAM J. CLOUGH - State Bar No. 151597
535 Pacific Avenue
San Francisco, CA 94133
Telephone (415) 421-9292
Facsimile (415) 403-0202

Attorneys for Plaintiff
R. STEVEN BULL, D.D.S.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| R. STEVEN BULL, D.D.S., a individual, | **CASE NO. C-05-1474 JSW** |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE THE MARCH 31, 2006 CASE MANAGEMENT CONFERENCE TO MAY ~~5,~~ 2006; [~~PROPOSED~~] ORDER THEREON** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a corporation, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for March 31, 2006 before the Honorable Jeffrey S. White, be continued to May 5, 2006 or a date thereafter that is convenient for this Court.

Good cause exists for this continuance as the parties have agreed to a settlement of the captioned matter during private mediation held on March 23, 2006. This brief extension will

-1-
**STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE**      **CASE NO. C-05-1474 JSW**

1  enable counsel to draft and execute a Settlement Agreement, and file a stipulation of dismissal of
2  the action.
3        Pursuant to local rules, this document is being electronically filed through the Court's
4  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
5  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
6  concurred with the filing of this document; and (3) a record supporting this concurrence is
7  available for inspection or production if so ordered.
8        **SO STIPULATED.**
9                                                        McGUINN, HILLSMAN & PALEFSKY

DATED: March 27, 2006        By:    /s/ WILLIAM J. CLOUGH
                                            WILLIAM J. CLOUGH
                                            Attorneys for Plaintiff
                                            R. STEVEN BULL, D.D.S.

                                            RIMAC & MARTIN, P.C.

DATED: March 27, 2006        By:    /s/ ANNA M. MARTIN
                                            ANNA M. MARTIN
                                            Attorneys for Defendant
                                            UNUM LIFE INSURANCE COMPANY OF
                                            AMERICA

## ORDER

**IT IS HEREBY ORDERED** that the Case Management Conference be continued from March 31, 2006 to _May 12, 2006 at 1:30 p.m._.  The parties shall file a Joint Case Management Statement or a Stipulation of Dismissal no later than seven (7) days prior to the Conference.

**SO ORDERED.**

DATED: March 28, 2006                                _/s/ Jeffrey S. White_
                                            JUDGE OF THE UNITED STATES DISTRICT COURT