1  **RIMAC & MARTIN, P.C.**
2  JOSEPH M. RIMAC - State Bar No. 72381
   ANNA M. MARTIN - State Bar No. 154279
3  amartin@rimacmartin.com
   JOSHUA G. HEAVISIDE - State Bar No. 225715
4  1051 Divisadero Street
   San Francisco, California 94115
5  Telephone (415) 561-8440
   Facsimile (415) 561-8430

6  Attorneys for Defendant
7  UNUM LIFE INSURANCE COMPANY OF AMERICA

8  **McGUINN, HILLSMAN & PALEFSKY**
   WILLIAM J. CLOUGH - State Bar No. 151597
9  535 Pacific Avenue
   San Francisco, CA 94133
10 Telephone (415) 421-9292
   Facsimile (415) 403-0202

11 Attorneys for Plaintiff
   R. STEVEN BULL, D.D.S.
12

13              UNITED STATES DISTRICT COURT
14          FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16                                              **E-FILING**
17 R. STEVEN BULL, D.D.S., a individual, )
                                         ) CASE NO. **C-05-1474 JSW**
18              Plaintiff,               )
                                         )
19      vs.                              ) STIPULATION OF DISMISSAL
                                         ) WITH PREJUDICE AND
20 UNUM LIFE INSURANCE COMPANY OF        ) [PROPOSED] ORDER THEREON
   AMERICA, a corporation,               )
21                                       )
                Defendant.                )
22 _____ )

23

24      **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

25 respective attorneys of record herein, that the above-captioned action be and hereby is dismissed

26 with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

27      Pursuant to local rules, this document is being electronically filed through the Court's

28 ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this

---

-1-
**STIPULATION OF DISMISSAL WITH PREJUDICE
AND ORDER THEREON**                                 CASE NO.  C-05-1474 JSW

1  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
2  concurred with the filing of this document; and (3) a record supporting this concurrence is
3  available for inspection or production if so ordered.

4  **SO STIPULATED.**

5                                                            McGUINN, HILLSMAN & PALEFSKY

8  DATED: April 27, 2006        By:      /s/ WILLIAM J. CLOUGH
                                         WILLIAM J. CLOUGH
                                         Attorneys for Plaintiff
9                                        R. STEVEN BULL, D.D.S.

10                                       RIMAC & MARTIN, P.C.

13  DATED: April 27, 2006       By:      /s/ ANNA M. MARTIN
                                         ANNA M. MARTIN
                                         Attorneys for Defendant
14                                       UNUM LIFE INSURANCE COMPANY OF
                                         AMERICA

17                                       **ORDER**

18  **SO ORDERED.**

20  DATED: April 27, 2006                 _____
                                          JUDGE OF THE UNITED STATES DISTRICT COURT

---

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE
AND ORDER THEREON                                             CASE NO.  C-05-1474 JSW